UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AVIMAEL J. SAAVEDRA
ESQUIVEL,
    Petitioner,

v.                                       CASE NO. 3:13-cv-331-J-20JRK

JEOY B. DOBSON, Sheriff of
Baker County Detention Center, *et al.*,
    Respondents.
_____/

## ORDER

THIS CAUSE is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 6), *sua sponte* addressing Petitioner's "Petition For A Writ of Habeas Corpus [Pursuant] to [28] U.S.C. § 2241" (Dkt. 1). The Magistrate Judge recommended that the case be dismissed without prejudice for Petitioner's failure to prosecute this action. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 6) is adopted;

2. This case is **DISMISSED without prejudice**; and

3. The Clerk is directed to close this case.

DONE AND ORDERED at Jacksonville, Florida, this ___ day of September, 2013.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. James R. Klindt
Avimael J. Saavedra Esquivel, Pro Se

Case 3:13-cv-00331-HES-JRK   Document 7   Filed 09/19/13   Page 2 of 2 PageID 17